UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: OSBORNE, Leslie                            Chapter 13
                                                  Case No. 11-16595-JNF

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
FOR FAILURE TO APPEAR AT 341 MEETING
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case, and in support thereof states as follows:

1. On July 11, 2011, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On August 30, 2011, the Trustee convened and presided at a meeting of creditors. The Debtor failed to appear as required by 11 U.S.C. §343. The Trustee submits that failure to appear is grounds for dismissal pursuant to 11 U.S.C §109(g)(1). See MLBR Appendix 1 13-9(b).

3. In addition, the Debtor failed to make first plan payment according to the terms of the proposed plan totaling $732.73, which is equal to one month of plan payments(s). This amount may increase prior to hearing.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO #631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com
Dated: 9/15/11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: OSBORNE, Leslie                    Chapter 13
                                          Case No. 11-16595-JNF

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed pursuant to 11 U.S.C.§109(g)(1).

Dated: _____

U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  OSBORNE, Leslie							Chapter 13
									Case No. 11-16595-JNF

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof.   If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: 9/15/11

/s/ Carolyn Bankowski

SERVICE LIST

Leslie Osborne
15 Colonial Avenue
Dorchester, MA  02124

Terrence Parker, Esquire
185 Alewife Brook Pkwy, Ste. 404
Cambridge, MA  02138